ROYAL INDEMNITY COMPANY, Appellant, *v.* ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, Respondent.

Submitted October 3, 1947; decided October 16, 1947.

*William E. Lyons* and *Barnett Cohen* for appellant.
*C. Austin White* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.